IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HULON PONDER III,

      Appellant,

v.

JULIE JONES, Secretary, FLORIDA DEPT. OF CORRECTIONS, BRUCE L. BARLETT, C.A.S.A., DAVID LICHTER, A.S.A., BRIAN DANIELS, A.S.A., STATE OF FLORIDA,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5199

Opinion filed January 4, 2017.

An appeal from the Circuit Court for Gulf County.
John L. Fishel, II, Judge.

Hulon Ponder III, pro se, Appellant.

Kenneth Steely, General Counsel, for Appellee Florida Department of Corrections, Tallahassee; Pamela Jo Bondi, Attorney General, and Robert Humphrey, Assistant Attorney General, Tallahassee, for Appellee State of Florida.

PER CURIAM.

      AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.